UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

MICHAEL DOHERTY

CASE NO. 6:15-cr-90-Orl-41KRS
18 U.S.C. § 2422(b)
18 U.S.C. § 2428 – Forfeiture

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

Between on or about March 24, 2015, and on or about April 8, 2015, in Seminole County, Florida, in the Middle District of Florida, and elsewhere,

**MICHAEL DOHERTY**

the defendant herein, using a facility and means of interstate commerce, that is, the Internet and cellphone, did knowingly attempt to persuade, induce, entice and coerce a person the defendant believed had not attained the age of 18 years through an adult intermediary, to engage in any sexual activity for which any person could be charged with a criminal offense under the laws of the State of Florida, that is, the crime of Lewd or Lascivious Battery, in violation of Section 800.04, Florida Statutes.

All in violation of Title 18, United States Code, Section 2422(b).

## FORFEITURES

1. The allegations contained in Count One of this Indictment are hereby alleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Section 2428.

2. Upon conviction of the violation alleged in Count One of this Indictment, the defendant, **MICHAEL DOHERTY**, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2428, any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such offense and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense.

3. The property to be forfeited includes, but is not limited to, the following: an Apple iPhone, Apple iPad, and laptop computer.

4. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be subdivided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL,

_____
Foreperson

A. LEE BENTLEY, III
United States Attorney

By: _____
Joseph M. Schuster
Assistant United States Attorney

By: _____
Carlos A. Perez-Irizarry
Assistant United States Attorney
Chief, Orlando Division

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

MICHAEL DOHERTY

## INDICTMENT

Violations:

18 U.S.C. § 2422(b)

A true bill,

_____
Foreperson

Filed in open court this 22nd day

of April, 2015.

_____
Clerk

Bail $_____

GPO 863 525