UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

      v.                                      Case No. 6:15-cr-90-Orl-41KRS

**MICHAEL DOHERTY**
_____/

**PRELIMINARY ORDER OF FORFEITURE**

THIS CAUSE comes before the Court upon the filing of the United States' Motion for Entry of Preliminary Order of Forfeiture (Doc. 35) filed on July 7, 2015 pursuant to 18 U.S.C. § 2428 and Fed. R. Crim. P. 32.2(b)(2), for the following:

1. **Apple iPhone Model A1533, Serial number DX3N4QU3FF9R;**
2. **Apple iPad, Model A1460, Serial number DMPKNKRXF18P; and**
3. **HP EliteBook, Model 8470p, Serial number CNU250BCXJ.**

Being fully advised in the premises, the Court finds that the United States established the requisite nexus between the above-referenced electronic equipment and Defendant's offenses of enticing a minor to engage in sexual activity, in violation of 18 U.S.C. § 2422(b), as charged in Count One of the Indictment. (Doc. 13).

It is hereby **ORDERED, ADJUDGED AND DECREED** that for good cause shown, said Motion of the United States is hereby **GRANTED**.

It is **FURTHER ORDERED** that pursuant to the provisions of Fed. R. Crim. P. 32.2(b)(2) and 18 U.S.C. § 2428, the electronic equipment more fully identified above, is hereby forfeited to the United States for disposition according to law.

It is **FURTHER ORDERED** as follows:

1. The United States will provide written notice to all third parties known to have an alleged legal interest in the electronic equipment and will publish notice on the internet at [www.forfeiture.gov](www.forfeiture.gov).

2. Any person, other than Michael Doherty, who has or claims any right, title or interest in the above-described electronic equipment must file a petition with this Court for a hearing to adjudicate the validity of their alleged interest in the electronic equipment. The petition should be mailed to the Clerk of the United States District Court, Orlando Division, 401 W. Central Blvd., Suite 1200, Orlando, Florida 32801-0120, within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

3. The petition shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited electronic equipment, the time and circumstances of the petitioner's acquisition of the right, title or interest in the forfeited electronic equipment, and any additional facts surrounding the petitioner's claim and the relief sought.

4. After receipt of the petition by the Court, the Court will set a hearing to determine the validity of the petitioner's alleged interest in the electronic equipment.

5. Upon adjudication of all third-party interests in the above-described electronic equipment, this Court will enter a Final Judgment of Forfeiture in which all interests will be addressed.

The Court retains jurisdiction to entertain any third-party claims that may be asserted in these proceedings, and to enter any further orders necessary for the forfeiture and disposition of the electronic equipment.

**DONE** and **ORDERED** in Orlando, Florida on August 4, 2015.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties